UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ERNIE DUBEY

v. CA 15-126 ML

CAROLYN COLVIN
Commissioner of the Social Security Administration

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Almond on December 11, 2015 (Docket #15). No objection has been filed and the time for doing so has passed.

The Court has reviewed the Report and Recommendation and finds that the Magistrate Judge's conclusions are supported by the record and that they are consistent with the law. Accordingly, the Court adopts the Report and Recommendation in its entirety.

The Commissioner's Motion to Affirm (Docket # 13) is GRANTED. Plaintiff's Motion for Remand (Docket #12) is DENIED. Judgment shall enter in favor of the Defendant.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
Senior United States District Judge
February 2, 2016